IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BLANCHE BURLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. 5:12-CV-067-C |
| Defendant. | ) ECF |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on April 26, 2013. Neither party has filed written objections.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court. The Commissioner's decision is REVERSED and Plaintiff's Complaint is REMANDED for further administrative proceedings.

Dated this 17th day of May, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE